United States District Court
Southern District of Texas
**ENTERED**
January 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YEXZELIN YOENNY PEREZ DE RONDON, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-00188 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, *et al*, Respondents. | § § § | |

## ORDER

Pending is a petition by Petitioner Yexzelin Yoenny Perez de Rondon for a writ of *habeas corpus*. Dkt 1.

Respondents were ordered to show cause with a filing establishing the propriety of Petitioner's continued detention by January 19, 2026. Dkt 4.

The deadline fell on a holiday, so they were afforded an additional day for submission. No such filing has been made.

The petition for a writ of *habeas corpus* is thus GRANTED for failure to show cause. Dkt 1.

Respondents are ORDERED to provide Petitioner with a bond hearing by February 4, 2026, or release her.

The parties are further ORDERED to update the Court on the status of her bond hearing no later than February 6, 2026.

SO ORDERED.

Signed on January 21, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge