United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YEXZELIN YOENNY PEREZ DE RONDON, | § § § | CIVIL ACTION NUMBER 4:26-cv-00188 |
| Petitioner, | § § § | |
| versus | § § § § | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, *et al*, Respondents. | § § | |

## ORDER

The petition by Petitioner Yexzelin Yoenny Perez de Rondon for a writ of *habeas corpus* was granted on January 21, 2026, because Respondents failed to show cause. See Dkt 5; see also Dkts 1 (petition) & 4 (order to show cause).

Respondents were ordered to provide Petitioner with a bond hearing by February 4, 2026, or release her. Dkt 5.

On February 5, 2026, Petitioner filed an advisory stating that Respondents had not provided her with a bond hearing. Dkt 6.

Respondents are thus ORDERED to release Petitioner by February 9, 2026.

The parties are further ORDERED to update the Court on Petitioner's status by February 10, 2026.

SO ORDERED.

Signed on February 6, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge