United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YEXZELIN YOENNY PEREZ DE RONDON, <br> Petitioner, <br><br> versus <br><br> KRISTI NOEM, *et al.* <br> Respondents. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NUMBER <br> 4:26-cv-00188 <br><br><br> JUDGE CHARLES ESKRIDGE |

## ORDER

Prior order granted the petition for writ of *habeas corpus* by Petitioner Yexzelin Yoenny Perez de Rondon and ordered Respondents to provide her with a bond hearing by February 4, 2026, or release her. Dkt 5.

Petitioner then filed an advisory on February 5, 2026, indicating that Respondents failed to provide her with a bond hearing as ordered. Dkt 6.

Respondents were then ordered to release Petitioner by February 9, 2026. Dkt 7.

Pending is an advisory by Respondents indicating that Petitioner was released from custody on February 9, 2026. Dkt 9.

The challenged detention having now concluded, no live claims remain in this action.

The motion by Respondents for extension of time to comply with court order is DENIED AS MOOT. Dkt 8.

This action is DISMISSED.

This is a FINAL JUDGMENT.

So ordered.

Signed on <u>February 13, 2026</u>, at Houston, Texas.

                 *CREskridge*
                 Honorable Charles Eskridge
                 United States District Judge